No. 86–5710. ASHLEY v. ARMSTRONG, CONTROLLER OF THE COLORADO DEPARTMENT OF LABOR, ET AL. C. A. 10th Cir. Certiorari denied.

No. 86–5713. SHABAZZ v. BARNAUSKAS ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–5714. WISE ET UX. v. KAISER, TRUSTEE. C. A. 7th Cir. Certiorari denied.

No. 86–5715. TYNER v. NEWSOME, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 86–5716. PAYTON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 86–5717. MAY v. BUREAU OF MOTOR VEHICLES. Sup. Ct. Ohio. Certiorari denied.

No. 86–5719. MATTHEWS v. McCLUNG ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–5727. WARE v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 86–5734. HEYWARD v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 86–5756. WILLIAMS v. L. C. P. CHEMICALS, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–5764. NORWOOD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 86–5766. HIGDON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5772. NEELY v. UNITED STATES; and
No. 86–5773. RICHIE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 803 F. 2d 722.

No. 86–5776. EINARSON v. FLAMM. C. A. 1st Cir. Certiorari denied.

No. 86–5778. HARRELSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.